## IN THE MATTER OF THE DETENTION OF WM. J. BELLAMY.

(Filed 8 December, 1926.)

**Habeas Corpus—Appeal and Error—Certiorari—Courts—Discretion.**

Where the care or custody of children are not involved an appeal to the Supreme Court will not lie from the judgment of the Superior Court in *habeas corpus* proceedings refusing to release one detained, as in

this case, in a private hospital for mental diseases, the remedy being addressed on motion for a *certiorari* to the sound discretion of the appellate court.

APPEAL by petitioner from *Lane, J.,* at May Term, 1926, of BURKE. This was an application by Dr. Russell Bellamy for the discharge of his brother, William J. Bellamy, a patient confined in a private hospital, Broadoaks Sanatorium, under an order of the clerk of the Superior Court of Burke County, heard upon writ of *habeas corpus* at Morganton, N. C., 22 June, 1926. From an order denying the relief sought, the petitioner appeals.

*W. C. Newland for petitioner.*
*S. J. Ervin and S. J. Ervin, Jr., for respondent.*

STACY, C. J. The appeal must be dismissed, for the reason, that, except in cases concerning the care and custody of children, no appeal lies from a judgment in a *habeas corpus* proceeding refusing to discharge a person from custody or confinement, but the remedy, if any, in such a case, is by petition for a writ of *certiorari,* which is addressed to the sound discretion of the appellate court. *S. v. Edwards, ante,* 321; *In re McCade,* 183 N. C., 242; *In re Croom,* 175 N. C., 455.

While this course must be pursued, we deem it not amiss to say that a careful examination of the record, considering it as on writ of *certiorari (S. v. Hooker,* 183 N. C., 763), discloses no error on the part of the learned judge who heard the matter below.

Appeal dismissed.